IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:07CR386 |
| v. | ) | |
| SALVADOR CATALAN-CASIANO, OBED MARTINEZ-LOPEZ, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendant Obed Martinez-Lopez's motion to dismiss, Filing No. 47, on the basis of speedy trial. The court has reviewed the record and finds there are no grounds for a speedy trial motion. Accordingly, the motion will be denied.

THEREFORE, IT IS ORDERED that defendant Obed Martinez-Lopez's motion to dismiss, Filing No. 47, is denied.

DATED this 3rd day of June, 2008.

BY THE COURT:


s/ Joseph F. Bataillon
Chief United States District Judge